# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:        Leontyne Kelly Jones, Debtor                    Case No. 25-00124-JAW
                                                              **CHAPTER 13**

## NOTICE

Debtor has filed papers with the court to incur new debt.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the Motion, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran U.S. Courthouse
501 E. Court St., Suite 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Incur New Debt.

Date: July 15, 2025          Signature:   /s/ Thomas C. Rollins, Jr.
                                          Thomas C. Rollins, Jr. (MSBN 103469)
                                          The Rollins Law Firm, PLLC
                                          P.O Box 13767
                                          Jackson, MS 39236
                                          601-500-5533
                                          trollins@therollinsfirm.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Leontyne Kelly Jones, Debtor                Case No. 25-00124-JAW
                                                     CHAPTER 13

### MOTION TO INCUR NEW DEBT

COMES NOW, Debtor, by and through counsel, and moves this Court to allow Debtor to incur new debt, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on 01/15/2025.
2. Debtor is paying approximately 100% to General Unsecured Debts through the plan.
3. Debtor plans to attend Holmes Community College to continue her education to obtain a Licensed Practical Nurse (LPN) degree. She intends to enroll in the Fall 2024, Winter 2025, and Summer 2025 semesters.
4. Debtor is currently employed as a lab technician, earning approximately $40,000 per year. By obtaining a LPN degree, she could potentially increase her annual income to around $70,000.
5. Debtor seeks to obtain financial aid in the amount of $6,000.00, to be disbursed in approximately $2,000.00 increments per semester to complete her nursing degree.
6. Debtor will repay this debt directly to the lender in accordance with the terms of their agreement.

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

### CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the foregoing was forwarded on July 11, 2025, to the creditor, case trustee and U.S. Trustee as indicated in the "21-day notice" that accompanies this Motion.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

CERTIFICATE OF SERVICE

      I hereby certify that on July 15, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Bankruptcy Court for the SOUTHERN DISTRICT OF MISSISSIPPI by using the CM/ECF system. I certify that the U.S. Trustee and Trustee appointed to this case are registered CM/ECF users and that service to these individuals will be accomplished by the CM/ECF system.

                              /s/ Thomas C. Rollins, Jr.
                              Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 25-00124-JAW |
|---|---|
| LEONTYNE KELLY JONES | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 7/15/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Incur New Debt

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/15/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>LEONTYNE KELLY JONES | CASE NO: 25-00124-JAW<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 13 |

On 7/15/2025, a copy of the following documents, described below,

Notice and Motion to Incur New Debt

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/15/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO                                                                        EXCLUDE

 LABEL MATRIX FOR LOCAL NOTICING    CAPITAL ONE AUTO FINANCE  A DIVISION OF     US BANKRUPTCY COURT
NCRS ADDRESS DOWNLOAD               CAPI                                         THAD COCHRAN US COURTHOUSE
CASE 25-00124-JAW                   4515 N SANTA FE AVE DEPT APS                 501 E COURT STREET
SOUTHERN DISTRICT OF MISSISSIPPI    OKLAHOMA CITY  OK 73118-7901                 SUITE 2300
TUE JUL 15 9-43-52 PST 2025                                                      JACKSON  MS 39201 5036




AFFIRM  INC                         AIDVANTAGE ON BEHALF OF THE DEPARTMENT       AVANT
ATTN BANKRUPTCY                     OF ED                                        222 NORTH LASALLE ST
650 CALIFORNIA ST                   DEPT OF ED LOAN SERVICES                     SUITE 1600
SAN FRANCISCO  CA 94108-2716        PO BOX 300001                                CHICAGO  IL 60601-1112
                                    GREENVILLE TX 75403-3001




CAPITAL ONE                         CAPITAL ONE AUTO                             CAPITAL ONE AUTO FINANCE
ATTN BANKRUPTCY                     ATTN BANKRUPTCY                              A DIVISION OF CAPITAL ONE  NA
PO BOX 30285                        7933 PRESTON RD                              AIS PORTFOLIO SERVICES  LLC
SALT LAKE CITY  UT 84130-0285       PLANO  TX 75024-2359                         4515 N SANTA FE AVE DEPT APS
                                                                                 OKLAHOMA CITY OK 73118-7901




CAPITAL ONE AUTO FINANCE            COMENITY CAPITAL                             COMENITYMPRC
A DIVISION OF CAPITAL ONE  NA       ATTN BANKRUPTCY                              ATTN BANKRUPTCY
CO AIS PORTFOLIO SERVICES  LLC      PO BOX 182125                                PO BOX 182125
4515 N SANTA FE AVE DEPT APS        COLUMBUS  OH 43218-2125                      COLUMBUS  OH 43218-2125
OKLAHOMA CITY  OK 73118-7901




CREDIT COLLECTION                   (P)JEFFERSON CAPITAL SYSTEMS LLC             KOALAFI
ATTN BANKRUPTCY                     PO BOX 7999                                  ATTN BANKRUPTCY
725 CANTON ST                       SAINT CLOUD MN 56302-7999                    PO BOX 5518
NORWOOD  MA 02062-2679                                                           GLEN ALLEN  VA 23058-5518




MAGNOLIA FEDERAL CREDIT UNION       MIDLAND CREDIT MANAGEMENT  INC               MIDLAND CREDIT MGMT
240 BRIARWOOD DRIVE                 PO BOX 2037                                  ATTN BANKRUPTCY
JACKSON  MS 39206-3027              WARREN  MI 48090-2037                        PO BOX 939069
                                                                                 SAN DIEGO  CA 92193-9069




NAVIENT                             NAVY FEDERAL CU                              QUANTUM3 GROUP LLC AS AGENT FOR
ATTN  BANKRUPTCY                    ATTN BANKRUPTCY                              COMENITY CAPITAL BANK
PO BOX 9635                         PO BOX 3000                                  PO BOX 788
WILKES BARRE  PA 18773-9635         MERRIFIELD  VA 22119-3000                    KIRKLAND  WA  98083-0788




SANTANDER CONSUMER USA              SANTANDER CONSUMER                           SMITH ROUCHON
1601 ELM ST  SUITE 800              ATTN BANKRUPTCY                              1456 ELLIS AVE
DALLAS  TX 75201-7260               PO BOX 961245                                JACKSON  MS 39204-2204
                                    FORT WORTH  TX 76161-0244




SYNCHRONY BANK                      (P)TD BANK USA N A                           TARGET
ATTN BANKRUPTCY                     ATTN CO WEINSTEIN  RILEY P S                 PO BOX 9475
PO BOX 965060                       1415 WESTERN AVE                             MINNEAPOLIS  MN 55440-9475
ORLANDO  FL 32896-5060              SUITE 700
                                    SEATTLE WA 98101-2051
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| EXCLUDE | | DEBTOR |
|---|---|---|
| ~~UNITED STATES TRUSTEE~~ ~~501 EAST COURT STREET~~ ~~SUITE 6-430~~ ~~JACKSON MS 39201-5022~~ | VERIZON BY AIS INFOSOURCE LP AS AGENT 4515 N SANTA FE AVE OKLAHOMA CITY OK 73118-7901 | LEONTYNE KELLY JONES 922 SULPHUR SPRINGS RD CANTON MS 39046-9570 |

| EXCLUDE | EXCLUDE |
|---|---|
| ~~THOMAS CARL ROLLINS JR~~ ~~THE ROLLINS LAW FIRM, PLLC~~ ~~PO BOX 13767~~ ~~JACKSON MS 39236-3767~~ | ~~TORRI PARKER MARTIN~~ ~~TORRI PARKER MARTIN, CHAPTER 13~~ ~~BANKRUPT~~ ~~200 NORTH CONGRESS STREET, STE 400~~ ~~JACKSON MS 39201-1902~~ |