___



**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: August 7, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
___

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN THE MATTER OF:**                                                                 **CHAPTER 13:**

**LEONTYNE KELLY JONES**                                                    **CASE NO. 25-00124-JAW**

### AGREED ORDER

    **THIS MATTER** came before the Court on the Debtor's Motion to Incur Debt (Docket #27) and the Trustee's Response (Docket #29). Thus, having considered the matters and finding the parties in agreement, the Court finds the Debtor's Motion should be granted.

    **IT IS, THEREFORE ORDERED AND ADJUDGED,** that the Debtor's Motion to Incur Debt is hereby granted. The Debtor is authorized to obtain financial aid in the amount of $6,000.00, to be disbursed in approximately $2,000.00 increments per semester, for the Fall 2025, Winter 2026, and Summer 2026 semesters, to complete her nursing degree. The Debtor shall timely repay this debt directly to the lender in accordance with the terms of their loan repayment agreement.

    **IT IS FURTHER ORDERED** that the Debtor shall provide documentation of the loan agreement and the loan repayment commencement date to the Trustee.

### ##END OF ORDER##

| **SUBMITTED BY:** | **AGREED BY:** |
|---|---|
| /s/ Semoune Ellis | /s/ Thomas C. Rollins, Jr. |
| Semoune Ellis, MSB#105303 | Thomas C. Rollins, Jr., MSB# 103469 |
| Staff Attorney for | The Rollins Law Firm, PLLC |
| Standing Chapter Thirteen Trustee | P.O. Box 13767 |
| Torri Parker Martin, MSB #103938 | Jackson, MS 39236 |
| 200 North Congress Street, Suite 400 | Office: 601-500-5533 |
| Jackson, MS 39201 | Email: trollins@therollinsfirm.com |
| Office: (601) 981-9100 | |
| Email: sellis@tpmartinch13.com | |