United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 25-00124-JAW |
| Leontyne Kelly Jones | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 1 |
| Date Rcvd: Aug 07, 2025 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2025:**

**Recip ID        Recipient Name and Address**
db              + Leontyne Kelly Jones, 922 Sulphur Springs Rd, Canton, MS 39046-9570

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 09, 2025                Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Semoune L Ellis | on behalf of Trustee Torri Parker Martin sellis@tpmartinch13.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Leontyne Kelly Jones trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4



        **SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: August 7, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN THE MATTER OF:**                                            **CHAPTER 13:**

**LEONTYNE KELLY JONES**                           **CASE NO. 25-00124-JAW**

### AGREED ORDER

      **THIS MATTER** came before the Court on the Debtor's Motion to Incur Debt (Docket #27) and the Trustee's Response (Docket #29). Thus, having considered the matters and finding the parties in agreement, the Court finds the Debtor's Motion should be granted.

      **IT IS, THEREFORE ORDERED AND ADJUDGED,** that the Debtor's Motion to Incur Debt is hereby granted. The Debtor is authorized to obtain financial aid in the amount of $6,000.00, to be disbursed in approximately $2,000.00 increments per semester, for the Fall 2025, Winter 2026, and Summer 2026 semesters, to complete her nursing degree. The Debtor shall timely repay this debt directly to the lender in accordance with the terms of their loan repayment agreement.

      **IT IS FURTHER ORDERED** that the Debtor shall provide documentation of the loan agreement and the loan repayment commencement date to the Trustee.

##### ##END OF ORDER##

**SUBMITTED BY:**                                          **AGREED BY:**

/s/ Semoune Ellis                                     /s/ Thomas C. Rollins, Jr.
Semoune Ellis, MSB#105303                   Thomas C. Rollins, Jr., MSB# 103469
Staff Attorney for                                        The Rollins Law Firm, PLLC
Standing Chapter Thirteen Trustee            P.O. Box 13767
Torri Parker Martin, MSB #103938             Jackson, MS 39236
200 North Congress Street, Suite 400        Office: 601-500-5533
Jackson, MS 39201                                    Email: trollins@therollinsfirm.com
Office: (601) 981-9100
Email: sellis@tpmartinch13.com